# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE CHANCELLOR | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0155-S-BK |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § § § | |

### ORDER ACCEPTING FINDINGS, RECOMMENDATIONS, AND CONCLUSIONS OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 11, 2020.

UNITED STATES DISTRICT JUDGE